■ WALTER H. VAN BUREN, Respondent, v EMMA M. VAN BUREN, Appellant.—Order unanimously affirmed, without costs, for the reasons stated in the memorandum decision at Supreme Court, Nevins, J. (Appeal from order of Niagara Supreme Court—summary judgment.) Present—Moule, J. P., Cardamone, Simons, Dillon and Witmer, JJ.

■ ROBERT H. BURROWS, JR., Appellant, v ST. LUKE'S MEMORIAL HOSPITAL CENTER, Respondent.—Order unanimously affirmed, without costs, upon the opinion at Special Term, Roy, J. (Appeal from order of Oneida Supreme Court—dismiss complaint.) Present—Marsh, P. J., Moule, Cardamone, Simons and Goldman, JJ.